United States District Court
Southern District of Indiana
Indianapolis Division

Jeremy Lee Miller,
   Plaintiff,
v.                                           No. 1:23-CV-1141-RLY-TAB
Jacob Hill,
   Defendant.

## Tort Claim-Complaint (Amendment)

1. **Name and Address:**
   Jeremy Lee Miller - Bartholomew County Jail, 543 2nd. Street, Columbus, Indiana 47201.

2. **All Persons Involved:**
   Jacob Hill - Residential Supervisor work Release, 540 1st. Street, Columbus, Indiana 47201.

3. **Damages Sought:** $25,000. USD. (nominal)
   $75,000. USD. (Punitive)

4. **Basic Facts:**
   This plaintiffs' U.S. Constitution rights to due process, equality, fair treatment, and not to be abused by individuals in positions of power, protected by the Fourteenth amendment, have been violated by this defendant, Jacob Hill. Defendant is employed by the Bartholomew County

(1.)

work release program and is a residential supervisor. Defendants' negligence has created harm to this plaintiff. This plaintiff was falsely accused by the defendant by saying, that this plaintiff was under the influence of an illegal substance, and it caused the incarceration of this plaintiff. This happend on may 4, 2023. This defendant Jacob Hill falsified evidence and gave false testimony to deprive this plaintiff of his liberty, and his U.S. constitution rights. He said, that he spoke to this plaintiff at 5:00 p.m. on may 4, 2023 when this plaintiff was not even in the building, and had left around 4:00 p.m. that day. This plaintiff was prescribed the legal narcotic (suboxone), and the side effects sometimes can be red-eyes and nauseau." This plaintiff did nothing wrong to be treated so harshly." Plaintiff has been falsely incarcerated, harrassed by this defendant, and a false narrative created to hinder the rehabilitation of this plaintiff. This plaintiff has abided by all the rules, and passed all of his drug screen tests. This defendant has violated the U.S. constitution rights of this plaintiff. This defendant has intentionally violated the U.S. constitution rights to due process, equality, and basic fair treatment. The false narrative (never proven) has iniated the process of undue hardship for this plaintiff in the form of losing

(2)

his job, being seperated from his family, loss of quality of life, hindering the court-ordered rehabilitative process, and losing his liberty. These are real losses created, caused, and initiated by this defendant. This violates the Fourteenth amendment rights to due process, and equal protection of the United States Constitution of this plaintiff. This plaintiff is entitled to due process, equality, and to be treated fairly by individuals that hold positions of power. The U.S. Constitution assures these rights. This defendant is liable for damages. This defendant is to be held accountable for his actions. This plaintiff is entitled to nominal and punitive damages. Nominal damages are for the constitutional violations, and punitive damages are to punish and deter future violations done against this plaintiff. Plaintiff is entitled to due process, equal treatment, and to be treated fairly. The Fourteenth amendment of the United States Constitution assures these rights.

Plaintiff Jeremy Lee Miller pro-se, affirms under the penalty of perjury that all statements and facts are true and accurate.

On this 10th Day of July 2023.

Signed: *[signature]*
Jeremy Lee Miller

(3.)