UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEREMY LEE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:23-cv-01141-RLY-TAB |
| JACOB HILL, | ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT**

The court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Date: 1/02/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

JEREMY LEE MILLER
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201

All Electronically Registered Counsel